# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| RACHEL CRONIN, On Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1010;<br><br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM<br><br><br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL AND TO RESET HEARINGS** |
| MARYLOU GILSLEIDER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EOS PRODUCTS, LLC,<br><br>Defendant. | Case No.: 8:16-cv-00283-JAK-JEM |

1    Having considered the parties' Joint Stipulation for an Order to Briefly
2 Continue Deadline to File Motion for Preliminary Approval and to Reset Hearings,
3 and having found it to be supported by good cause, it is hereby ORDERED that the
4 deadline to file the Motion for Preliminary Approval (the "Motion") be continued to
5 November 1, 2016. The hearings on the Motion, the Motion to Consolidate (Dkt. 11),
6 and the Scheduling Conference are continued to December 19, 2016 at 8:30 a.m. To
7 the extent that further briefing is needed, counsel may stipulate to a schedule, so long
8 as all briefing is filed on or before November 28, 2016. Any request for attorney's
9 fees shall be included in the Motion, pursuant to this Court's Standing Orders for
10 Civil Cases, Exh. A(10)(e).

11    IT IS SO ORDERED.

13 Dated: October 25, 2016

**John A. Kronstadt**
**United States District Judge**