**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**

| | |
|---|---|
| RACHEL CRONIN, On Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1010;<br><br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM<br><br>Hon. John A. Kronstadt<br><br>**ORDER RE JOINT STIPULATION TO EXTEND PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL**<br><br>Case No.: 8:16-cv-00283-JAK-JEM |
| MARYLOU GILSLEIDER, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EOS PRODUCTS, LLC,<br><br>Defendant. | |

**ORDER**

Having considered the parties' Joint Stipulation to Extend Page Limit for Motion for Preliminary Approval (the "Motion"), and having found it to be supported by good cause, it is hereby ORDERED that the parties' memoranda of points and authorities filed in connection with the Motion may be up to and including 35 pages in length, excluding any indices and exhibits, provided that only one consolidated memorandum is filed for both the Cronin and Gilsleider cases. Counsel shall confer regarding briefing so there are not any issues that are addressed in the motion and responses thereto that are duplicative. The first 25 pages of the motion shall address matters that relate to both cases. Plaintiffs may have an additional five pages each to address those matters that relate only to their specific case. Counsel are reminded that any request for attorney's fees shall be included in the Motion, and counts toward this page limit, pursuant to this Court's Standing Orders for Civil Cases, Exh. A(10)(e).

As stated in the prior order, to the extent that further briefing is needed, counsel may stipulate to a schedule, so long as all briefing is filed on or before November 28, 2016. Any response maybe filed with the first 15 pages to address matters that relate to both cases, with an additional 5 pages to address matters that are unique to each Plaintiff's case.

IT IS SO ORDERED.

Dated: November 1, 2016

**John A. Kronstadt**
**United States District Judge**