GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS    SBN 108325
BEN J. MEISELAS    SBN 277412

*Counsel for Plaintiffs
and the [Proposed] Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Rachael Cronin, on Behalf of Herself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>EOS Products, LLC,<br><br>          Defendant. | Lead Case No. 2:16-cv-00235-JAK-JEM<br><br>**JOINT STIPULATION TO CONTINUE SUPPLEMENTAL BRIEFING RE PRELIMINARY APPROVAL; [PROPOSED] ORDER** |

1  WHEREAS, Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement ("Motion") and Motion for Consolidation ("Consolidation Motion") was heard on the December 19, 2016.

WHEREAS, the Court deferred ruling on the Motions and requested the parties meet and confer, and for Plaintiffs to file supplemental briefing on categories of additional information discussed during the Hearing, on or before January 17, 2017 (Doc. 35).

WHEREAS, the parties met and conferred and based on the scope of information requested, the number of parties and attorneys involved in related actions throughout the country, and in order to provide the Court with as much detailed information as possible, the parties request additional time to file the aforementioned supplemental briefing.

WHEREAS, the parties have met and conferred, and have jointly stipulated, and for GOOD CAUSE, request the Court Order the submission date for the supplemental briefing be continued by one week from January 17, 2017, to January 24, 2017.  In all other respects, the Courts  December 19, 2016 Order shall remain unmodified.

                                            Respectfully submitted,

Dated: January 17, 2017

                                      **GERAGOS & GERAGOS APC**
                                      By:  MARK J. GERAGOS

                                      *On behalf of Plaintiffs*

Dated: January 17, 2017

                                      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                      By:  SHON MORGAN            .

                                      *On behalf of Defendants*