QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
(shonmorgan@quinnemanuel.com)
John Baumann (Bar No. 288881)
(jackbaumann@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for EOS Products, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| RACHEL CRONIN, On Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1010;<br><br>Defendants. | Lead Case No.: 2:16-cv-00235-JAK-JEM<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL SUBMISSION IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Judge:   Hon. John A. Kronstadt<br><br>Date:   December 19, 2016<br>Time:   8:30 a.m.<br>Room:   750<br>Judge:   Hon. John A. Kronstadt |

06577-00003/8850575.1

SUPPLEMENTAL SUBMISSION ISO PRELIMINARY APPROVAL

| | |
|---|---|
| MARYLOU GILSLEIDER, *et al.*, | Case No.: 8:16-cv-00283-JAK-JEM |
| Plaintiffs, | |
| vs. | |
| EOS PRODUCTS, LLC, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to this Court's December 19, 2016 Order, plaintiffs filed on January 24, 2017 a Supplemental Submission In Further Support Of Motion For Preliminary Approval Of Proposed Class Action Settlement. *Cronin*, ECF No. 39, *Gilsleider*, ECF No. 56. As indicated in that submission, the parties now file an Amended Settlement Agreement to reflect the addition of paragraph 90. (Additional signature pages will follow).

Respectfully submitted,

Dated: February 3, 2017      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  */s/ Shon Morgan*
SHON MORGAN (187736)
shonmorgan@quinnemanuel.com
JOHN BAUMANN (288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213/443-3000
Facsimile: 213/443-3100

*Counsel for Defendant EOS Products, LLC*