**GERAGOS & GERAGOS, APC**
MARK J. GERAGOS (Bar No. 108325)
marc@geragos.com
BEN J. MEISELAS (Bar No. 277412)
meiselas@geragos.com
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone : (213) 625-3900
Facsimile : (213) 232-3255

*Counsel for Plaintiffs*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
SHON MORGAN (187736)
shonmorgan@quinnemanuel.com
JOHN BAUMANN (288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213/443-3000
Facsimile: 213/443-3100

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| RACHAEL CRONIN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br><br>Defendants. | CASE NO. 2:16-cv-00235-JAK-JEM<br><br>Hon. John A. Kronstadt<br><br>**STATUS REPORT** |

The undersigned counsel submit this joint report pursuant to the Court's June 29, 2017 Order on Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement to state "their . . . collective positions as to whether further efforts will be made to address the issues raised" in the Order in this case and in the related case *Gilsleider v. EOS Products, LLC*, Case No. 8:16-cv-00283-JAK-JEM. *See* ECF No. 42.

The parties appreciate the Court's thorough analysis of the proposed class settlement and guidance with respect to the issues to be addressed in any revised settlement and approval papers. The parties are committed to exploring refinements to the proposed agreement and to providing further supporting materials that will address certain concerns raised by the Court.

To that end, the parties have agreed to conduct a further mediation session on August 11, 2017 with Judge Peter Lichtman, who mediated this action in the first instance, to assist the parties in discussing mutually-agreeable alterations to the proposed settlement.

The parties propose providing a further joint report to update the Court on the progress of those discussions on or before August 25, 2017, and request that the Court continue the status conference set for July 24, 2017 at 1:30 p.m. The parties expect to advise the Court on or before August 25, 2017 if they intend to present a revised settlement for approval, or to propose a schedule to resume the litigation.

Respectfully submitted,

DATED: July 17, 2017         GERAGOS & GERAGOS, APC

                              By */s/ Mark Geragos*
                                 Mark Geragos
                                 Attorneys for Plaintiffs
DATED: July 17, 2017         QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

1
2
3  By /s/ John Baumann
4  John Baumann
5  Attorneys for EOS Products, LLC
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28