GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS     SBN 108325
BEN J. MEISELAS     SBN 277412
Attorneys For Plaintiff RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL CRONIN, on Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiffs,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM<br><br>*Hon. John A. Kronstadt*<br><br><br><br>**JOINT STATUS REPORT** |

06577-00003/9514135.1

The undersigned counsel submit this joint report pursuant to the Court's July 18, 2017 Order re: Continuing Status Conference for an update on (1) the status of the settlement; (2) a schedule of pretrial and trial dates; and (3) the parties' respective positions on whether this case should be consolidated with *Gilsleider v. EOS Products, LLC*, Case No. 8:16-cv-00283-JAK-JEM. *See* ECF No. 44.

## SETTLEMENT STATUS

The parties mediated again with the Honorable Peter D. Lichtman (Ret.) on August 11, 2017. Although a settlement has not yet been reached, the parties continue to engage in active, productive discussions following mediation and remain optimistic that there will be a resolution.

To afford the parties sufficient time to negotiate the specifics of a proposed resolution, the parties request that the Court continue the status conference set for September 11, 2017, to October 2, 2017.[1] The parties propose providing a further joint report to update the Court on the progress of negotiations on or before September 25, 2017.

## PRETRIAL AND TRIAL SCHEDULE

To ensure the orderly progress of the litigation in the event the matter is not promptly resolved, attached as Exhibit "A" is a list of proposed pretrial and trial dates per the Court's order.

## CONSOLIDATION

If the case proceeds on a litigation track, the parties have no objection to the consolidation of this matter with *Gilsleider,* and would promptly provide a joint stipulation to effectuate consolidation.

---

[1] In addition, lead counsel for the defendant has a scheduling conflict on September 11, 2017, and respectfully requests a brief continuance of that conference for that reason as well.

06577-00003/9514135.1                               - 1 -

| | |
|---|---|
| DATED:  August 25, 2017 | GERAGOS **&** GERAGOS, APC |
| | |
| | By:  /s/ MARK J. GERAGOS |
| | MARK J. GERAGOS |
| | BEN J. MEISELAS |
| | Attorneys For Plaintiff |
| | RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated |
| | |
| DATED:  August 25, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | By:  /s/ JOHN BAUMANN |
| | SHON MORGAN |
| | JOHN BAUMANN |
| | Attorneys For Defendant |