GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS   SBN 108325
BEN J. MEISELAS   SBN 277412
Attorneys For Plaintiff RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated

*(additional counsel appears on signature page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL CRONIN, on Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM Consolidated with Case No. 8:16-cv-00283-JAK-JEM<br><br>*Hon. John A. Kronstadt*<br><br>**JOINT STATUS REPORT** |

06577-00003/9575248.1

The undersigned counsel submit this joint report pursuant to the Court's September 8, 2017 Order (ECF No. 47) for an update on the status of the parties' settlement discussions.

Following the parties' second mediation with the Honorable Peter D. Lichtman (Ret.) on August 11, 2017, the parties have continued to engage in active, productive settlement discussions. The parties have made substantial progress since submitting the August 25, 2017 status report (ECF No. 45), but have not yet reached a final agreement. The parties remain optimistic that there will be a resolution.

The parties respectfully request additional time to negotiate the specifics of the proposed resolution, and therefore ask that the Court continue the status conference set for October 2, 2017 to October 23, 2017, pursuant to the Joint Stipulation and Proposed Order submitted concurrently herewith. The parties propose providing a further joint report to update the Court on the progress of negotiations on or before October 16, 2017.

DATED: September 25, 2017　　　　　　　　GERAGOS **&** GERAGOS, APC

By: /s/ MARK J. GERAGOS
MARK J. GERAGOS
BEN J. MEISELAS

Attorneys For Plaintiff
RACHAEL CRONIN on Behalf of
Herself and All Others Similarly Situated

06577-00003/9575248.1　　　　　　　　　　- 1 -

| | | |
|---|---|---|
| 1 | DATED: September 25, 2017 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ JOHN BAUMANN |
| 5 | | SHON MORGAN<br>JOHN BAUMANN<br>Attorneys For Defendant |

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

06577-00003/9575248.1

- 2 -