1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS      SBN 108325
BEN J. MEISELAS      SBN 277412
Attorneys For Plaintiff RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated

*(additional counsel appears on signature page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL CRONIN, on Behalf of Herself and All Others Similarly Situated;<br><br>                 Plaintiff,<br><br>        vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br>                 Defendants. | Case No.: 2:16-cv-00235-JAK-JEM Consolidated with Case No. 8:16-cv-00283-JAK-JEM<br><br>*Hon. John A. Kronstadt*<br><br><br>**JOINT STATUS REPORT** |

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

06577-00003/9614833.1

The undersigned counsel submit this joint report pursuant to the Court's September 27, 2017 Order (ECF No. 50) for an update on the status of the parties' settlement discussions.

The parties previously reported on September 25, 2017 that settlement discussions were continuing.  *See* ECF No. 48.  The parties now have a resolution in principle on most key terms.

The parties respectfully request additional time to finalize the proposed resolution, and therefore ask that the Court continue the status conference set for October 23, 2017 to November 13, 2017, pursuant to the concurrent Joint Stipulation and Proposed Order.  The parties propose a further joint progress report on or before November 6, 2017.

DATED:  October 13, 2017              GERAGOS **&** GERAGOS, APC

                                      By:  /s/ MARK J. GERAGOS
                                           MARK J. GERAGOS
                                           BEN J. MEISELAS

                                           Attorneys For Plaintiff
                                           RACHAEL CRONIN on Behalf of
                                           Herself and All Others Similarly Situated

DATED:  October 13, 2017              QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By:  /s/ JOHN BAUMANN

                                           SHON MORGAN
                                           JOHN BAUMANN
                                           Attorneys For Defendant

GERAGOS **&** GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411