# GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS   SBN 108325
BEN J. MEISELAS   SBN 277412
Attorneys For Plaintiff RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated

*(additional counsel appears on signature page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL CRONIN, on Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM<br>Consolidated with Case No. 8:16-cv-00283-JAK-JEM<br><br>*Hon. John A. Kronstadt*<br><br>**JOINT STATUS REPORT** |

06577-00003/9776978.1

The undersigned counsel submit this joint report pursuant to the parties' December 8, 2017 status report (ECF No. 57) for an update on the status of the parties' settlement discussions.

The parties previously reported on December 8, 2017 they had agreed on all terms of an agreement, finalized the settlement papers, and were acquiring the necessary signatures. The parties are continuing to work diligently to acquire all necessary signatures, and anticipate a further filing to resolve the case on behalf of the named plaintiffs within ten days after the agreement is fully executed.

Therefore, the parties propose that they will submit a further filing on or before January 5, 2018.

DATED: December 29, 2017   GERAGOS **&** GERAGOS, APC

By: /s/ MARK J. GERAGOS
MARK J. GERAGOS
BEN J. MEISELAS

Attorneys For Plaintiff
RACHAEL CRONIN on Behalf of
Herself and All Others Similarly Situated

DATED: December 29, 2017   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ JOHN BAUMANN

SHON MORGAN
JOHN BAUMANN
Attorneys For Defendant

06577-00003/9776978.1   - 1 -