GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 232-3255
GERAGOS@GERAGOS.COM

MARK J. GERAGOS    SBN 108325
BEN J. MEISELAS    SBN 277412
Attorneys For Plaintiff RACHAEL CRONIN on Behalf of Herself and All Others Similarly Situated

*(additional counsel appears on signature page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHAEL CRONIN, on Behalf of Herself and All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC, a New York Limited Liability Company, and DOES 1-10;<br><br>Defendants. | Case No.: 2:16-cv-00235-JAK-JEM<br>Consolidated with Case No. 8:16-cv-00283-JAK-JEM<br><br>*Hon. John A. Kronstadt*<br><br>**JOINT STATUS REPORT** |

06577-00003/9787353.1

The undersigned counsel submit this joint report pursuant to the parties' December 29, 2017 status report (ECF No. 61) for an update on the status of the parties' settlement discussions.

The parties previously reported on December 29, 2017 they had agreed on all terms of an agreement, finalized the settlement papers, and were acquiring the necessary signatures.

All parties have now signed off on the settlement agreement. Plaintiff will be filing a stipulated dismissal with prejudice of her individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which will resolve this case. Plaintiff anticipates filing this stipulated dismissal with prejudice on or before January 19, 2018.

DATED: January 8, 2018					GERAGOS **&** GERAGOS, APC


						By:	/s/ MARK J. GERAGOS
							MARK J. GERAGOS
							BEN J. MEISELAS

							Attorneys For Plaintiff
							RACHAEL CRONIN on Behalf of
							Herself and All Others Similarly Situated

DATED: January 8, 2018					QUINN EMANUEL URQUHART & SULLIVAN, LLP


						By:	/s/ JOHN BAUMANN
							SHON MORGAN
							JOHN BAUMANN
							Attorneys For Defendant

06577-00003/9787353.1				- 1 -